THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. (Tax Year 1943–44.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALL PEOPLE REALTY CORP. Appellant, against WILLIAM W. MILLS et al., Constituting the

Tax Commission of the City of New York, Respondents. (Tax Year 1944–45.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RIVERWOOD REALTY CORP. et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. (Tax Year 1942–43.) [800 Riverside Drive, Borough of Manhattan.] — Order unanimously modified by fixing the values for each of the years 1942–43, 1943–44 and 1944–45, as follows: land, $153,000, building, $350,000, total $503,000; and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.